UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 09CR3924-GT |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR EX PARTE PETITION FOR REMISSION OF FINE AND ASSESSMENT |
| JUAN CARLOS ABONCE-GUZMAN, | ) | |
| Defendant. | ) | |

The United States of America, by its undersigned attorneys, petitioned the Court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case. The Court finds that additional, reasonable efforts to collect the fine is not likely to be more effective, which necessitates this remission, and further finds that in the interests of justice would be served by a remission of $1,079.21, the unpaid portion of the fine and assessment imposed upon the defendant. It is according,

ORDERED that all of the unpaid portions of the fine and assessment, imposed upon defendant in the criminal case identified, be, and is hereby, remitted.

DATED: 12/03/12

HONORABLE GORDON THOMPSON, Jr.
United States District Judge

FILED
DEC 04 2012